# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALBERT PEREZ** : | |
| **Plaintiff** : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-493** |
| : | |
| **MR. JOHN WETZEL,** : | |
| **MR. JAIME SORBER** : | |
| **and JANE/JOHN DOE,** : | |
| *MEDICAL SUPERVISOR* : | |
| **Defendants.** : | |

## ORDER

This 20th day of May, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint, ECF 5, is **GRANTED**. Plaintiff's Complaint is **DISMISSED** without prejudice. Although it is not clear that Plaintiff can state a legally cognizable claim, because he is proceeding *pro se*, leave to amend within 21 days is also granted.

/s/ Gerald Austin McHugh
United States District Judge